# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRANDON ANTHONY RICHARDSON,** | NO. CV 16-1353-KS |
| Plaintiff, | |
| v. | **JUDGMENT** |
| **CAROLYN W. COLVIN, Acting Commissioner of Social Security** | |
| Defendant. | |

The Court having approved the parties' stipulation to remand this case pursuant to Sentence 4 of 42 U.S.C. § 405(g), IT IS HEREBY ADJUDGED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the stipulation of remand.

DATED: January 13, 2017

*Karen L. Stevenson*

KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE