# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRANDON ANTHONY RICHARDSON,** <br>         **Plaintiff,** <br>   v. <br> **NANCY A. BERRYHILL, Acting Commissioner of Social Security** <br>         **Defendant.** | NO. CV 16-1353-KS <br><br> **ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d)** |

Based upon the parties' Stipulation for the Award and Payment of Attorney Fees and Expenses Pursuant to the Equal Access to Justice Act: IT IS ORDERED that fees and expenses in the amount of $4,700.00 as authorized by 28 U.S.C. § 2412 shall be awarded subject to the terms of the Stipulation.

DATED: April 14, 2017

                                            KAREN L. STEVENSON <br>
                                  UNITED STATES MAGISTRATE JUDGE